# United States District Court
# For The Western District of North Carolina
# Charlotte Division

RODNEY D. CLASS,

    Plaintiff(s),

vs.

JOHN R. ADAMS, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:06-cv-361

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 9, 2006 Order.

Signed: September 13, 2006

Frank G. Johns, Clerk
United States District Court