IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV361

| | |
|---|---|
| RODNEY CLASS, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| JOHN R. ADAMS, *et al.*, | ) |
| Defendants. | ) |

This matter is before the court upon the *pro se* Plaintiff's "Motion to Validate the Stamp on the Marque and Reprisal" (Docket # 9), "Motion for Validation of Driver License" (Docket # 10), "Motion for Entry of Default" (Docket # 11), "Motion to Strike" (Docket #13), "Motion to Strike" (Docket # 14), and "Motion to Strike" (Docket #15). Each motion was filed on September 14, 2006.

On September 12, prior to the filing of these motions, the court dismissed this case, finding it to be patently frivolous. Accordingly, most of these motions are moot. However, the court will treat Plaintiff's Motions to Strike as Motions for Reconsideration,

IT IS THEREFORE ORDERED that Plaintiff's "Motion to Validate the Stamp on the Marque and Reprisal" (Docket # 9), "Motion for Validation of Driver License" (Docket # 10), "Motion for Entry of Default" (Docket # 11) are hereby DENIED AS MOOT;

IT IS FURTHER ORDERED that Plaintiff's Motions to Strike (Docket #s 13, 14 and 15) are hereby DENIED.

Signed: October 2, 2006

Graham C. Mullen
United States District Judge